IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>Ondras v. PCCA, et al. | |

## MASTER SHORT-FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), Kathleen I. Ondras Individually and as Personal Representative of the Estate of Christopher A. Ondras, Dec'd, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

### VENUE

3. Venue for remand and trial is proper in the following federal judicial district: United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle WA 98101

### IDENTIFICATION OF PLAINTIFF(S)
### AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): Christopher A. Ondras, Deceased, 1405 Lakeview Avenue, Snohomish, Washington 98290

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: Kathleen I. Ondras (mother)

6. Survival and/or Wrongful Death claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

   Christopher A. Ondras, Deceased, 1405 Lakeview Avenue, Snohomish, Washington 98290

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   Kathleen I. Ondras, Personal Representative of the Estate of Christopher A. Ondras, 106 Short Street, Snohomish, Washington 98290

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): Snohomish, Washington

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): Snohomish, Washington

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: May of 2012

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: May 27, 2013

11. [Plaintiff/Decedent] used the following TRT products:

   ☐ AndroGel
   ☐ Testim
   ☐ Axiron
   ☐ Depo-Testosterone
   ☐ Androderm
   ☐ Testopel
   ☐ Fortesta

   ☐ Striant
   ☐ Delatestryl
   ☑ Other(s) (please specify):
   Testosterone Cream 25MG, 7.5MG

12. [Plaintiff/Decedent] is suing the following Defendants:

- ☐ AbbVie Inc.
- ☐ Abbott Laboratories
- ☐ AbbVie Products LLC
- ☐ Unimed Pharmaceuticals, LLC
- ☐ Solvay, S.A.
- ☐ Besins Healthcare Inc.
- ☐ Besins Healthcare, S.A.

- ☐ Eli Lilly and Company
- ☐ Lilly USA, LLC.
- ☐ Acrux Limited
- ☐ Acrux DDS Pty Ltd.

- ☐ Endo Pharmaceuticals, Inc.
- ☐ Auxilium Pharmaceuticals, Inc.
- ☐ GlaxoSmith Kline, LLC

- ☐ Actavis plc
- ☐ Actavis, Inc.
- ☐ Actavis Pharma, Inc.
- ☐ Actavis Laboratories UT, Inc.
- ☐ Watson Laboratories, Inc.
- ☐ Anda, Inc.

- ☐ Pfizer, Inc.
- ☐ Pharmacia & Upjohn Company Inc.

Other(s) (please specify): Professional Compounding Centers of America, Paddock Laboratories/ Perrigo, and Medisca, Inc.

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

a. TRT product(s) distributed:
b. Conduct supporting claims:

14. TRT caused serious injuries and damages including but not limited to the following:

Cardiac arrest on May 25, 2013 and Death on May 27, 2013

15. Approximate date of TRT injury: May 25, 2013 and May 27, 2013

### ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- ☑ Count I – Strict Liability – Design Defect
- ☑ Count II – Strict Liability – Failure to Warn
- ☑ Count III – Negligence
- ☑ Count IV – Negligent Misrepresentation
- ☑ Count V – Breach of Implied Warranty of Merchantability
- ☑ Count VI – Breach of Express Warranty
- ☑ Count VII – Fraud
- ☑ Count VIII – Redhibition
- ☑ Count IX – Consumer Protection
- ☑ Count X – Unjust Enrichment
- ☑ Count XI – Wrongful Death

- ☑ Count XII – Survival Action
- ☑ Count XIII – Loss of Consortium
- ☑ Count XIV – Punitive Damages
- ☑ Prayer for Relief
- ☐ Other State Law Causes of Action as Follows: _____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the 26 day of May, 20 15.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

/s/ Rebecca A Robertson
Signature

OF COUNSEL: (name) Rebecca A. G. Robertson (MA 670529)
(firm) MacDonald Rothweiler Eisenberg LLP
(address) One Bowdoin Square, 8th Floor
(phone) 617-747-7550
(email) rrobertson@mrelegal.com